374 A.2d 534

**COMMONWEALTH of Pennsylvania**

**v.**

**Solomon A. MURRAY, Jr., Appellant.**

Supreme Court of Pennsylvania.

Argued May 27, 1977.

Decided June 22, 1977.

Frederic G. Antoun, Jr., Asst. Public Defender, Harrisburg, for appellant.

LeRoy S. Zimmerman, Dist. Atty., Marion E. MacIntyre, Second Asst. Dist. Atty., Peter J. Anderson, Deputy Dist. Atty., Harrisburg, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM:

Judgment of sentence affirmed.